1  Your Name: Diana Melissa Rodriguez
2  Address: 1080 S. Union St. Apt. C7, Stockton
3  Phone Number: (209) 688-6053
4  Fax Number:
5  E-mail Address: rodriguez.diana.dr64@icloud.com
6  Pro Se Plaintiff

FILED
NOV 03 2023
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| Diana Melissa Rodriguez<br><br>Plaintiff,<br><br>vs.<br><br>Aidvantage-Federal Student Aid-Loan Servicing, Heald College, LLC, Corinthian College, School ID. 025933-00, Stockton, CA.<br><br>Defendant. | Case Number  CV23 5678 SI  *[leave blank]*<br><br>**COMPLAINT**<br><br>DEMAND FOR JURY TRIAL<br><br>Yes ☐   No ☒ |
|---|---|

**PARTIES**

1. Plaintiff. [*Write your name, address, and phone number. Add a page for additional plaintiffs.*]

Name: Diana Melissa Rodriguez
Address: 1080 S. Union St. Apt. C7, Stockton, CA. 95206
Telephone: (209) 688-6053

COMPLAINT
PAGE 1 OF ___ *[JDC TEMPLATE – Rev. 05/2017]*

2. Defendants. [*Write each defendant's full name, address, and phone number.*]

Defendant 1:
Name: AidVantage-Federal Student Aid-Loan Servicing, Heald-College LLC, Corinthian College, School I.D. 025933-00, Stockton
Address: P.O. Box 300001, Greenville, TX. 75403-3001
Telephone: (833) 793-2135

Defendant 2:
Name:
Address:
Telephone:

Defendant 3:
Name:
Address:
Telephone:

## JURISDICTION

[*Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.*]

3. My case belongs in federal court

[X] under federal question jurisdiction because it is involves a federal law or right.

[*Which federal law or right is involved?*] Section 18 U.S.C. 1028 Fraud.

[ ] under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

COMPLAINT
PAGE 2 OF ___ [*JDC TEMPLATE – Rev. 05/2017*]

**VENUE**

[*The counties in this District are: Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, Santa Clara, Santa Cruz, San Francisco, San Mateo, or Sonoma. If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.*]

4. Venue is appropriate in this Court because:

☐ a substantial part of the events I am suing about happened in this district.

☐ a substantial part of the property I am suing about is located in this district.

☐ I am suing the U.S. government, federal agency, or federal official in his or her official capacity <u>and</u> I live in this district.

☒ at least one defendant is located in this District and any other defendants are located in California.

**INTRADISTRICT ASSIGNMENT**

[*This District has three divisions: (1) San Francisco/Oakland (2) San Jose; and (3) Eureka. First write in the county in which the events you are suing about happened, and then match it to the correct division. The San Francisco/Oakland division covers Alameda, Contra Costa, Marin, Napa, San Francisco, San Mateo, and Sonoma counties. The San Jose division covers Monterey, San Benito, Santa Clara, Santa Cruz counties. The Eureka division covers Del Norte, Humboldt, Lake, Mendocino counties, only if all parties consent to a magistrate judge.*]

5. Because this lawsuit arose in <u>San Joaquin</u> County, it should be assigned to the <u>Northern District of Cal.</u> Division of this Court.

**STATEMENT OF FACTS**

[*Write a short and simple description of the facts of your case. Include basic details such as <u>where</u> the events happened, <u>when</u> things happened and <u>who</u> was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.*]

The Department of Education is Responsible for overseeing information Provided from, Heald College, LLC, Corinthian College School I.D. 025933-00, Stockton Related to finacial Aid. On or about Febuary 23, 2009 Section 18 U.S.C 1028 Fraud related activity in

COMPLAINT

PAGE 3 OF ___   [*JDC TEMPLATE – Rev. 05/2017*]

1. Connection with Documents, Authentication Features
2. information. (Exhibit-A) Enrollment
3. Agreement, Date: (02/23/2009) - (Check Box) Last Date's
4. Attended: (01/08/2009)
5. (Exhibit-B) letter of Incarceration: (San Joaquin County
6. Jail) - Provided Date's of Booking & Released.
7. These two forms are the main source for this Petition.
8. (B-2) I term's of my Evidence. Section 34 C.F.R. 668.73(G)
9. Misrepresenting Charge's to the Student account. (B-3)
10. (Exhibit-C-1) Student Transaction Register (pg.1-2)
11. (Exhibit-D) Enrollment Agreement: (11/17/2008)
12. (Exhibit-E) October 2008 Quarter: Day's of in class
13. I would also like to show the court my case from
14. start, to date followed up with additional Documents,
15. Showing a Brief description Breakdown.
16. (Exibit-F) Entrance Interview - F.F.E.L.P. - Federal
17. Family Education Loan Program (F-2) False Certification
18. Section 18 U.S.C. 1001(a)(3)

COMPLAINT

PAGE 4 OF ___  [JDC TEMPLATE – 05/17]

# CLAIMS

## First Claim

(Name the law or right violated: Section 18 U.S.C. 1028)

(Name the defendants who violated it: Aidvantage, Heald College, LLC, Corinthian College)

[Explain briefly here <u>what</u> the law is, <u>what each</u> defendant did to violate it, and <u>how</u> you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

To whom it may Concern
  . My name is Diana Melissa Rodriguez (Student I.D. #2127473) I'm asking the Court if I might seek Relief of this Student Debt? But Most importantly, seek Accountability, on the Insititution Named in this Petition; Heald-College, LLC, Corinthian College, School I.D. #025933-00, Location: 1624 E. March Lane, Stockton, Calif. 95210. Enrollme-
  . nt year (2008/09) In this Petition Are Documents Attached of Enrollment, Provided Date of Previously Attended, the Date that Hold's this Debt Current status, Followed By A Document from the San Joaquin County Jail, Provided Date(s) of Booking & Release from Custody. These Two Documents are the main source
  . for this Petition, In terms of my Evidence.
Additionally I would Provide the Court with Documents of an ongoing Class Action LawSuite. Information of the Deception & Fraudulent Practice that lead this for-Profit Insititution to file For Bankruptcy that Ultimately lead up to it's Closure in many Location's around the
  . Country. To-Date The U.S. Department Of Education Approved-Discharge/Cancel All Remaining Loan's for Borrower's that Attended the School named in this

COMPLAINT
PAGE 5 OF ___ [JDC TEMPLATE – 05/17]

- 6 -

**First** Claim

(Name the law or right violated: Aidvantage, Heald College LLC, Corinthian School ID 025933-00)

(Name the defendants who violated it: Section 18 U.S.C. 1028)

___. Petition - Corinthian College, LLC. From it's Founding in 1905 through it's Closure in 04/2015, Including - Borrower Defense. (Exhibit-G-1) & (G-2)(G-3) pg. 1&2)(G-4) As I characterize each Statement Mentioned above, I ase

___. the Court that it might concider a Review of these Documents that I have submit as Evidence. Each subject are separated using Alphabetical order (A-Z) Named as Exhibit's). Additionally I will Provide the Court with

___. Documents I've received Periodically from the - U.S. Department of Education FSA. Lawsuit after Lawsuit. I'm trying to Grasp the Legal Sense. However unsure as to why this Debt Does Not fit into the Category for

___. Relief. This Institution Named By FSA U.S. Department of Education (Discharge Approvals). followed By my first statement using Exhibit-(A), Exhibit(B-1) Exhibit(B-2), Exhibit(B-3), Exhibit-(C-1)(C-2), Exhibit-D,

___. Exhibit-E, (Exhibit-F-1)(F-2), Exhibit(G-1)(G-2) Heald College LLC, Corinthian College School Reporting Inaccurate information to the U.S. Department of Education FSA that Hold Root to this Debt. In terms of Attendance (Exhibit-H)-

___. pages (1-7) A student must Attend IN Class Courses work study over "X" period amount of time. It would Allow Student Account to be Charged. The School Falsely Reporting Inaccurate (Date) That information has sat Recorded on

## DEMAND FOR RELIEF

*[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]*

The Evidence submitted in term of Enrollment Date that information came to my Attention the year 2020. That said I was not going to pay toward something I did not receive. Left with Noting But Debt having No Monetary Gain, Bad Credit, & Most importan No Degree. How this was payable towards my Education is unbeknownst to me. I ask the Court to Please Review my case as I ask for Full Relief of this Debt to finally get a New Start. The Statements I have made in this whole Petition are made with Full Integrity. I Thank the Court for it's time & I appreciate any Concideration on this Matter going Forward.

## DEMAND FOR JURY TRIAL

*[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]*

☐ Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date: 10/30/2023    Sign Name: *[signature]*
                    Print Name: Diana Melissa Rodriguez

COMPLAINT

PAGE 7 OF ___   *[JDC TEMPLATE – 05/17]*

*[Copy this page and insert it need additional space.]*

___. my Student Record over 16 years. (Exhibit-I) pages, (1 & 2) All Loan Details. (Exhibit-J) pg. 1-16, Account History. (Exhibit-F-1)(F-2) Entrance Interview-(F.F.E.L.P.) Federal Family Education Loan Program, Heald shcool I.D. # 025933-00. Offer Possible Reasons to Be Eligible for Discharge/Forgiveness of such ___. Amounts if it Meet the Federally Mandated Requirement, False Certification (Title 18 U.S.C.-Section 1001(a)(3): Fraudulent Statements. This School Named in this Petition Lied about Attendence. Recorded to The Department of Education. I ask the Court to Please Concider this Evidence on Grounds ___. for Relief. (Exhibit-K) Borrower Defense to-Repayment Application #02622747 (Date) 10/26/2020. (3pg) (Exhibit-L) Manriquez V. DeVos Case No. 17-CV-07210-SK-(N.D.Cal.)(Date) 04/15/2021. (Exhibit-M-1) (pg. 1-2) Federal-Student Aid-Certification. Open Date: (10/26/2020). (Exhibit-M-2) pg. 1-2- Learn More About Borrower Defense. ___. I would Point out that shown time frame to Review my Borrower Defense Application is Three Years. This up coming 10/26/2023 would Mark three years in Review, As My Application Remains in current status (PENDING) to-Date. It goes on to Mention that if there's No Decision Before the Deadline, the Application ___. will be discharged. (Exhibit-N) pg. 1-8- Borrower-Defense Application #02622747 (Date) August 18, 2022 Sweet V. DeVos. (Exhibit-O) pg. 1-3 Sweet V. Cardona

- 8 -

*[Copy this page and insert it where you need additional space.]*

1
2 ___. No. 3:19-cv-3674 (N.D.Cal.). Settlement (Between Jan. 1,
3 2020 - Dec. 31, 2020 (Application Submitted)(ED Decision) No Later
4 than Jan. 28, 2025. (Exhibit O-2) pg. 13. Quarterly Report.
5
6
7
8 ___.___
9
10
11
12
13
14 ___.___
15
16
17
18
19
20 ___.___
21
22
23
24
25
26 ___.___
27
28

COMPLAINT

PAGE 9 OF ___  *[JDC TEMPLATE – 05/17]*